UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO. 09-10307-EFH

v.

JAMES FAMOLARE

## **JUDGMENT OF ACQUITTAL**

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

      /s/ Edward F. Harrington
      Hon. Edward F. Harrington
      U.S. Senior District Court

      October 21, 2011
      Date